NO CV30   NO CV71

# UNITED STATES CENTRAL DISTRICT COURT OF CALIFORNIA

Angela Nails,
    Plaintiff,
Vs.

Case Number

DC Universe Infinite,
DC Entertainment Inc. (Warner Media),
Founder Malcolm Wheeler Nicholson,
    Defendants,

CV22-2855-DSF (PDx)

## COMPLAINT

The Plaintiff complaint begins with the date of June 07, 2021, through June 17, 2021, June 25, 2021, and June 28, 2021, the Plaintiff debit card was used to purchase online comic books. The charges of the use of the Plaintiff debit card were fraudulent charges. The Defendant refuse to give the name and the address also the bank information other than the bank last four numbers of the debit card was used was the Plaintiff card. The name was not given the Defendant stated they had no name of the person just an email address of the person where the comic books could be viewed after payment. The Plaintiff has asked continues to try to get information that will be able to associate the person with the Plaintiff use of the debit card and the Defendant has not given the Plaintiff any funds knowing the Plaintiff debit card was used by someone other than the Plaintiff.

## MONTARY

The Plaintiff ask for damage in the amount of $50,000.00 these damages come from the lack of attention given to the Plaintiff by the Defendant not giving the Plaintiff information about the debit card once the Defendant where provide the last four of the Debit card number the name of the Plaintiff. The Defendant lack of understanding and corporation stops the Plaintiff from making a police report and seek charges against the person without the person's name and



FILED
CLERK, U.S. DISTRICT COURT
APR 26 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

address from the form completed to authorize the debit charge payment and membership with the Defendant.

### *DEFENDANT SERVICE ADDRESS*

Headquarters 2900 West Alameda Avenue Burbank, California 91505.

_____

ANGELA NAILS
10708 RGMONT ROAD
SAVANNAH, GEORIGA 31406

## *NOTICE OF SERVICE*

350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565 using United States Regular Postal Mail on _April 20_ 2022.

_____ *Angela Nails*
ANGELA NAILS
10708 EGMONT ROAD
SAVANNAH, GEORIGA 31406

